U.S. DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TIG INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v. OTIS ASSOCIATES DBA OTIS RIDGE SKI AREA, JAIME CARR, ALDEN C. HEWITT, T.H.E. INSURANCE COMPANY AND KRISTOFFER FILLIO<br><br>Defendants. | Case 3:23-cv-10539-KAR |

## **PLAINTIFF'S MOTION TO STAY FOR SIXTY DAYS**

Now comes Plaintiff TIG Insurance Company (hereinafter "TIG") and respectfully asks that this Court enter a temporary stay of sixty (60) days of further proceedings in this case. . In support of this Motion, TIG states as follows:

1. On July 21,2023,  the Parties reached a settlement in principle of the underlying state court tort action brought by Kristoffer Fillio that, when finally effected, will result in a dismissal of this insurance coverage action.

2. The parties are now drafting releases and settlement materials but it may take several weeks to finalize these drafts.

3. It would be a waste of the parties' resources and this court's time to require Answers, initial disclosures and other preliminary filings that will otherwise be coming due in the next few weeks.

4. It is anticipated that a final Release will be executed and a Stipulation of Dismissal filed in this case within sixty (60 days) if not earlier.

1

**WHEREFORE**, Plaintiff TIG Insurance Company respectfully requests that this Honorable Court enter a stay of further proceedings in this case until September 27, 2023 and for such other and further relief as this court may deem just and appropriate.

        **PLAINTIFF,**
        **TIG INSURANCE COMPANY**

        **By its attorney,**

By: /s/ Michael Aylward
      Michael F. Aylward, BBO #024850
      **MORRISON MAHONEY LLP**
      250 Summer Street
      Boston, MA 02210
      Tel: (617) 439-7556
      Fax: (617) 342-4913
      maylward@morrisonmahoney.com

Dated: July 27, 2023.