U.S. DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TIG INSURANCE COMPANY,<br><br>          Plaintiff,<br><br>  versus<br><br>OTIS ASSOCIATES DBA OTIS RIDGE SKI AREA, JAMIE CARR, ALDEN C. HEWITT, T.H.E. INSURANCE COMPANY AND KRISTOFFER FILLIO<br><br>          Defendants. | CIVIL ACTION NO. 3:23-cv-10539-KAR |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41, all parties to this action hereby stipulate and agree to the dismissal, with prejudice, of all claims in this action with each party to bear its own attorney's fees and costs, and with each party waiving its right of appeal.

Respectfully submitted,

| | |
|---|---|
| **TIG INSURANCE COMPANY**,<br>By its attorney, | **T.H.E. INSURANCE COMPANY**<br>By its attorneys, |
| */s/ Michael F. Aylward* | */s/ Jonathan Zelig* |
| Michael F. Aylward<br>BBO # 024850<br>Morrison Mahoney LLP<br>250 Summer Street<br>Boston, MA 02210<br>Tel.:  (617) 439-7556<br>maylward@morrisonmahoney.com | Jonathan Zelig<br>BBO #569432<br>Day Pitney LLP<br>One Federal Street<br>Boston MA  02210<br>Tel.  (617 345-4601<br>jzeldin@daypitney.com |

| | |
|---|---|
| **KRISTOFFER FILLIO**,<br>By his attorneys,<br><br>*/s/ Stella Xanthakos*<br><br>Stella Xanthakos, Esq.<br>BBO #536050<br>Michael Malkovich, Esq.<br>BBO #315870<br>Xanthakos & Malkovich<br>43 Center Street - Suite 101<br>Northampton, MA 01060<br>413 584-2764<br>stella@xanthakos-malkovich.com | **OTIS ASSOCIATES DOING BUSINESS AS OTIS RIDGE SKI AREA**<br>By its attorney:<br><br>*/s/ Brian T. Horan*<br><br>Brian T. Horan, Esq<br>BBO #.710450<br>Horan Law LLC<br>152 North Street, Suite 220<br>Pittsfield, MA  01201<br>(413) 344-0924<br>brian@bthesq.com |

**ALDEN C. HEWITT**
Pro Se

*/s/ Alden C. Hewitt*

W92051
30 Administration Road
Bridgewater, MA  02323

### CERTIFICATE OF SERVICE

    I hereby certify that on September 5, 2023 a copy of the foregoing pleading was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

                                                         */s/ Michael F. Aylward*

                                                         Michael F. Aylward